**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

STEVEN C. HATCHER,

Plaintiff,

vs.

MDI GOVERNMENT SERVICES, INC.; and MINNESOTA DIVERSIFIED INDUSTRIES, INC.,

Defendants.

Case No. 01-1552 RHK/SRN

**STIPULATION AND ORDER FOR DISMISSAL**

---

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action shall be dismissed, on the merits, with prejudice, and without costs to either party.

Dated: January 4, 2002

**LITTLER MENDELSON, P.C.**

By: ______________________
Andrew J. Voss (#241556)
Multifoods Tower – Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402-3720
Telephone: 612.630.1000
Facsimile: 612.630.9626

**ATTORNEYS FOR DEFENDANTS MDI GOVERNMENT SERVICES, INC. AND MINNESOTA DIVERSIFIED INDUSTRIES, INC.**

JAN 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 18 2002
DEPUTY CLERK

Dated: January 4, 2002

**MILAVETZ, GALLOP & MILAVETZ, P.A.**

By: ______________________

Joseph A. Rymanowski (#240606)
Barbara Nilva Nevin (#79261)
6500 France Avenue South
Edina, MN 55435
Telephone: 952.920.7777

**ATTORNEYS FOR PLAINTIFF STEVEN C. HATCHER**

**ORDER**

Pursuant to the Stipulation of the parties as set forth above, and good cause appearing, **IT IS HEREBY ORDERED**, that this action be dismissed with prejudice, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1/18, 2002

BY THE COURT

______________________

HONORABLE RICHARD H. KYLE
Judge of United States District Court